IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **REGINALD BILLINGSEA,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**GRAPHIC PACKAGING** )<br>**INTERNATIONAL, INC.** )<br>)<br>**Defendant.** )<br>) | CIVIL ACTION NO. 5:11-CV-273 (MTT) |

## ORDER

This matter is before the Court on the Plaintiff's failure to timely serve the Defendant. On November 15, 2011, the Court entered its Order requesting that the Plaintiff show cause by November 28, 2011, why the action should not be dismissed for failing to serve the Defendant. (Doc. 4). The Plaintiff did not respond to the show cause order. Pursuant to Fed. R. Civ. P. 4(m), a court must dismiss an action without prejudice if the defendant is not served within 120 days after the complaint is filed. Because the Plaintiff has not shown cause for his failure to serve the Defendant, this action is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED**, this the 1st day of December, 2011.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT